■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HALL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered March 10, 1982, convicting him of attempted criminal possession of a weapon in third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The record does not establish that the People's witness's testimony was incredible as a matter of law. Accordingly, the hearing court properly denied defendant's motion to suppress the physical evidence (see *People v Di Stefano,* 38 NY2d 640; *People v Armstead,* 98 AD2d 726). Niehoff, J. P., Boyers, Lawrence and Eiber, JJ., concur.